UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS JOHN WILLIAMS,<br><br>                  Petitioner,<br><br>v.<br><br>DONALD R. HOLBROOK,<br><br>                  Respondent. | Case No. 2:18-cv-1807 JLR<br><br>**ORDER CLOSING CASE** |

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the (Dkt # 6), objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. The Clerk shall refer the habeas petition to the Circuit Court of Appeals for the Ninth Circuit for review as a second or successive habeas petition.

3. The Clerk shall administratively close the matter.

4. The Clerk shall provide a copy of this Order to petitioner.

DATED this 18th day of January, 2019.

JAMES L. ROBART
United States District Judge

ORDER CLOSING CASE- 1